**Order entered February 12, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00954-CV**

**ABDUL MATEEN MODI, Appellant**

**V.**

**AFSHEEN IMRAN, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-03597-2019**

## ORDER

The reporter's record in this appeal is past due. By postcard dated December 9, 2020, we notified Claudia Webb, Official Court Reporter for the Collin County Court at Law No. 3, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, the reporter's record has not been filed and Ms. Webb has not otherwise communicated with the Court regarding the reporter's record.

So that this appeal can proceed, we **ORDER** Claudia Webb to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record. *We notify appellant that if we receive verification he has not requested the reporter's record or paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Lance Baxter
Presiding Judge
Collin County Court at Law No. 3

Claudia Webb
Official Court Reporter
Collin County Court at Law No. 3

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE